IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT L. COWAN**                                                                             **PLAINTIFF**

V.                          CASE NO.: 4:13CV00107 BD

**CAROLYN COLVIN, Acting Commissioner,**
**Social Security Administration**                                                       **DEFENDANT**

## ORDER

Plaintiff Robert Cowan has moved for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Docket entry #14) In his motion, Mr. Cowan requests fees and expenses in the amount of $5,005.05. The Commissioner does not object to the amount requested. (#16)

Accordingly, Mr. Cowan's motion (#14) is GRANTED, and he is awarded $5,005.05 in fees and expenses, subject to offset if he has outstanding federal debts.

DATED this 8th day of January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE